1  ROSE LEDA EHLER (SBN 296523)
   *Rose.Ehler@mto.com*
2  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, Fiftieth Floor
3  Los Angeles, CA  90071-3426
   Tel: (213) 683-9100
4  Fax: (213) 687-3702

5  Attorneys for Motion Picture Association, Inc.

6

7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10                     WESTERN DIVISION

11

| In Re 17 U.S.C. § 512(h) Subpoena to | Case Number: 2:20-mc-00087 |
|---|---|
| CLOUDFLARE, INC. | **REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)** |

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE THAT the Motion Picture Association, Inc. through undersigned counsel and its authorized representatives, hereby requests that the Clerk of this Court, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h), issue the attached proposed subpoena to Cloudflare, Inc. to identify alleged infringers, as set forth in the attached notice and declaration of Jan van Voorn.

DATED: September 4, 2020      MUNGER, TOLLES & OLSON LLP

By:     */s/ Rose Leda Ehler*
       ROSE LEDA EHLER

Attorney for Plaintiffs

-1-