UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re 17 U.S.C. § 512(h) Subpoena to<br><br>CLOUDFLARE, INC. | Case Number: 2:20-mc-00087<br><br>**DECLARATION OF JAN VAN VOORN IN SUPPORT OF ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)** |

I, Jan van Voorn, the undersigned, declare that:

    1.    I am Executive Vice President and Chief of Global Content Protection for the Motion Picture Association, Inc., on behalf of Amazon Content Services LLC, Columbia Pictures Industries, Inc., Disney Enterprises, Inc., Netflix Studios, LLC, Inc., Paramount Pictures Corp., Universal City Studios Productions LLLP, and Warner Bros. Entertainment, Inc. ("ACE Members") who are members of the Alliance for Creativity and Entertainment ("ACE"), a global coalition of leading content creators and on-demand entertainment services committed to supporting the legal marketplace for video content and addressing the challenge of online piracy. The ACE Members, whether themselves or through subsidiaries and affiliates, own the copyrights in the below referenced copyrighted works.

    2.    The ACE Members (via the Motion Picture Association, Inc.) are requesting issuance of the attached proposed subpoena that would order Cloudflare, Inc. to disclose the identities, including names, physical addresses, IP addresses, telephone numbers, e-mail

addresses, payment information, account updates and account histories of the users operating the websites listed in the attached **Exhibit A**.

3.  The purpose for which this subpoena is sought is to obtain the identities of the individuals assigned to these websites who have exploited ACE Members' exclusive rights in their copyrighted works without their authorization. This information will only be used for the purposes of protecting the rights granted under Title 17, United States Code.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information or belief.

Executed at Redondo Beach, California, on September 4, 2020.

                                                          Jan van Voorn

**EXHIBIT A**

| Website | Sample 1 Infringing Title | Sample 1 Infringing URL | Sample 2 Infringing Title | Sample 2 Infringing URL |
|---|---|---|---|---|
| flixtor.im | Goliath Season 1 Episode 2 | https://flixtor.im/watch/tv/3771367/goliath/season/1/episode/2 | Tom Clancy's Jack Ryan Season 1 Episode 3 | https://flixtor.im/watch/tv/4107631/tom-clancy-s-jack-ryan/season/1/episode/3 |
| flixtor.is | Goliath Season 1 Episode 2 | https://flixtor.is/watch/tv/3769505/goliath/season/1/episode/2 | Tom Clancy's Jack Ryan Season 1 Episode 3 | https://flixtor.is/watch/tv/4104745/tom-clancy-s-jack-ryan/season/1/episode/3 |
| flixtor.se | Goliath Season 1 Episode 2 | https://flixtor.se/watch/tv/3768403/goliath/season/1/episode/2 | Tom Clancy's Jack Ryan Season 1 Episode 3 | https://flixtor.se/watch/tv/4105947/tom-clancy-s-jack-ryan/season/1/episode/3 |
| flixtor.vc | Goliath Season 1 Episode 2 | https://flixtor.vc/watch/tv/3772562/goliath/season/1/episode/2 | Tom Clancy's Jack Ryan Season 1 Episode 3 | https://flixtor.vc/watch/tv/4109850/tom-clancy-s-jack-ryan/season/1/episode/3 |
| flixtor.it | Goliath Season 1 Episode 2 | https://flixtor.it/watch/tv/3773388/goliath/season/1/episode/2 | Tom Clancy's Jack Ryan Season 1 Episode 3 | https://flixtor.it/watch/tv/4109636/tom-clancy-s-jack-ryan/season/1/episode/3 |
| flixtor.to | Goliath Season 1 Episode 2 | https://flixtor.to/watch/tv/3772562/goliath/season/1/episode/2 | Tom Clancy's Jack Ryan Season 1 Episode 3 | https://flixtor.to/watch/tv/4109850/tom-clancy-s-jack-ryan/season/1/episode/3 |
| myflixer.site | Last Flag Flying | https://myflixer.site/movie/last-flag-flying-12725 | The Only Living Boy in New York | https://myflixer.site/movie/the-only-living-boy-in-new-york-13764 |
| myflixer.to | Last Flag Flying | https://myflixer.to/movie/last-flag-flying-12725 | The Only Living Boy in New York | https://myflixer.to/movie/the-only-living-boy-in-new-york-13764 |
| myflixer.com | Last Flag Flying | https://myflixer.com/movie/last-flag-flying-12725 | The Only Living Boy in New York | https://myflixer.com/movie/the-only-living-boy-in-new-york-13764 |
| xmovies8.pl | Annabelle Comes Home | https://xmovies8.pl/watch-annabelle-comes-home-2019- | Jumanji: The Next Level | https://xmovies8.pl/watch-jumanji-the-next-level-2019- |

| Website | Sample 1 Infringing Title | Sample 1 Infringing URL | Sample 2 Infringing Title | Sample 2 Infringing URL |
|---|---|---|---|---|
| | | 1080p.95704-hd-online-free.html | | 1080p.41208-hd-online-free.html |
| xmovies8.ac | Annabelle Comes Home | https://xmovies8.ac/watch-annabelle-comes-home-2019-1080p.95704-hd-online-free.html | Jumanji: The Next Level | https://xmovies8.ac/watch-jumanji-the-next-level-2019-1080p.41208-hd-online-free.html |
| xmovies8.com | Annabelle Comes Home | https://xmovies8.com/watch-annabelle-comes-home-2019-1080p.95704-hd-online-free.html | Jumanji: The Next Level | https://xmovies8.com/watch-jumanji-the-next-level-2019-1080p.41208-hd-online-free.html |
| xmovies8.si | Annabelle Comes Home | https://xmovies8.si/watch-annabelle-comes-home-2019-1080p.95704-hd-online-free.html | Jumanji: The Next Level | https://xmovies8.si/watch-jumanji-the-next-level-2019-1080p.41208-hd-online-free.html |
| xmovies8.tv | Annabelle Comes Home | https://xmovies8.tv/watch-annabelle-comes-home-2019-1080p.95704-hd-online-free.html | Jumanji: The Next Level | https://xmovies8.tv/watch-jumanji-the-next-level-2019-1080p.41208-hd-online-free.html |
| watchserieshd.tv | Jumanji: The Next Level | https://watchserieshd.tv/series/jumanji-the-next-level-episode-0 | Frozen II | https://watchserieshd.tv/series/frozen-ii |
| watchserieshd.cc | Jumanji: The Next Level | https://watchserieshd.cc/series/jumanji-the-next-level-episode-0 | Frozen II | https://watchserieshd.cc/series/frozen-ii |
| watchserieshd.io | Jumanji: The Next Level | https://watchserieshd.io/series/jumanji-the-next-level-episode-0 | Frozen II | https://watchserieshd.io/series/frozen-ii |
| gowatchseries.movie | Always Be My Maybe | https://gowatchseries.movie/always-be-my-maybe-episode-0 | Bumblebee | https://gowatchseries.movie/beautiful-boy-episode-0 |
| gowatchseries.fm | Always Be My Maybe | https://gowatchseries.fm/always-be-my-maybe-episode-0 | Bumblebee | https://gowatchseries.fm/beautiful-boy-episode-0 |
| gowatchseries.tv | Always Be My Maybe | https://gowatchseries.tv/always-be-my-maybe-episode-0 | Bumblebee | https://gowatchseries.tv/beautiful-boy-episode-0 |

| Website | Sample 1 Infringing Title | Sample 1 Infringing URL | Sample 2 Infringing Title | Sample 2 Infringing URL |
|---|---|---|---|---|
| series.movie | Always Be My Maybe | https://series.movie/always-be-my-maybe-episode-0 | Bumblebee | https://series.movie/bumblebee-episode-0 |
| gowatchseries.video | Always Be My Maybe | https://gowatchseries.video/always-be-my-maybe-episode-0 | Bumblebee | https://gowatchseries.video/bumblebee-episode-0 |
| 123movies2020.org | BumbleBee | https://123movies2020.org/bumblebee-2018/ | Always Be My Maybe | https://123movies2020.org/always-be-my-maybe-2019/ |
| memovies.to | BumbleBee | https://memovies.to/bumblebee-2018/ | Always Be My Maybe | https://memovies.to/always-be-my-maybe-2019/ |
| putlockers.email | BumbleBee | https://putlockers.email/bumblebee-2018/ | Always Be My Maybe | https://putlockers.email/always-be-my-maybe-2019/ |
| top123movies.com | BumbleBee | https://top123movies.com/bumblebee-2018/ | Always Be My Maybe | https://top123movies.com/always-be-my-maybe-2019/ |
| putlockers.me | Last Flag Flying | https://putlockers.me/movie/last-flag-flying-19150.html | The Only Living Boy in New York | https://putlockers.me/movie/the-only-living-boy-in-new-york-18990.html |
| putlockers.cr | Last Flag Flying | https://putlockers.cr/movie/last-flag-flying-19150.html | The Only Living Boy in New York | https://putlockers.cr/movie/the-only-living-boy-in-new-york-18990.html |
| 0123movies.su | Wonderstruck | https://0123movies.su/movie/wonderstruck-2017-online-123movies/ | Triple Frontier | https://0123movies.su/movie/triple-frontier-2019-online-123movies-148053/ |
| hdss.to | Always Be My Maybe | https://hdss.to/always-be-my-maybee/ | Beautiful Boy | https://hdss.to/my-beautiful-boy-r/ |
| moviesjoy.net | Dolittle | https://moviesjoy.net/movie/dolittle-59091 | Jumanji: The Next Level | https://moviesjoy.net/movie/jumanji-the-next-level-1663 |
| watchseries.movie | Frozen II | https://watchseries.movie/series/frozen-ii-episode-0 | Jumanji: The Next Level | https://watchseries.movie/series/jumanji-the-next-level |
| fmovie.sc | Frozen II | https://fmovie.sc/online/frozen-ii-2019/ | Annabelle Comes Home | https://fmovie.sc/online/annabelle-comes-home-2019/ |
| 1movies.is | Beautiful Boy | https://1movies.is/movie/beautiful-boy/312430/oXIZ4UR7-watch-online-free.html | Bumblebee | https://1movies.is/movie/bumblebee/122595/YWH0l51u-watch-online-free.html |

| Website | Sample 1 Infringing Title | Sample 1 Infringing URL | Sample 2 Infringing Title | Sample 2 Infringing URL |
|---|---|---|---|---|
| soap2day.to | Frozen II | https://soap2day.to/movie_aTo2Njc0Ow.html | Beautiful Boy | https://soap2day.to/movie_aTo1NTE1Ow.html |
| soap2day.se | Frozen II | https://soap2day.se/movie_aTo2Njc0Ow.html | Beautiful Boy | https://soap2day.se/movie_aTo1NTE1Ow.html |
| soap2day.im | Frozen II | https://soap2day.im/movie_aTo2Njc0Ow.html | Beautiful Boy | https://soap2day.im/movie_aTo1NTE1Ow.html |